In the Matter of WEST GENESEE CENTRAL SCHOOL DISTRICT, Respondent, v WEST GENESEE TEACHERS ASSOCIATION, Appellant.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Reagan, J. (Appeal from Order of Supreme Court, Onondaga County, Reagan, J.—Arbitration.) Present—Doerr, J. P., Denman, Boomer, Green and Davis, JJ.